IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIRDOS S. SHEIKH, M.D.,** an individual,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ROB BONTA,** Attorney General of the State of California, in his official capacity, **KATIE PHELAN,** Special Agent for the California Department of Jusitce Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:24-CV-00573-DJC-JDP<br><br>**ORDER** |

    GOOD CAUSE APPEARING It is hereby ordered that Defendants shall have an additional time until May 6, 2024, to respond to the Complaint.

Dated:  March 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE