| | |
|---|---|
| Yasin M. Almadani (SBN 242798)<br>ALMADANI LAW<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660<br>Tel: (949) 877-7177<br>Fax: (949) 877-8757<br>YMA@LawAlm.com<br><br>Ahmed Ibrahim (SBN 238739)<br>AI LAW, PLC<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660<br>Tel: (949) 266-1240<br>Fax: (949) 266-1280<br>aibrahim@ailawfirm.com<br><br>*Attorneys for Plaintiff Firdos S. Sheikh, M.D.* | ROB BONTA<br>Attorney General of California<br>CATHERINE WOODBRIDGE<br>Supervising Deputy Attorney General<br>AMIE BEARS<br>Deputy Attorney General<br>State Bar No. 242372<br>JAMIL R. GHANNAM<br>Deputy Attorney General<br>State Bar No. 300730<br><br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-7663<br>Fax: (916) 322-8288<br><br>E-mail: Amie.Bears@doj.ca.gov<br>*Attorneys for Defendants Rob Bonta and Katie Phelan* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **FIRDOS S. SHEIKH, M.D., an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, Attorney General of the State of California, in his official capacity, KATIE PHELAN, Special Agent for the California Department of Justice Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity,**<br><br>Defendant. | Case No. 2:24-CV-00573-DJC-JDP<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Action Filed: February 25, 2024 |

1

1  WHEREAS, Defendants intend to file a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") on or before June 4, 2024, the deadline ordered by the Court (ECF No. 13) and set the matter to be heard on August 8, 2024;

WHEREAS, the due date for Plaintiff's Opposition to the Motion under the Local Rules of this District is June 18, 2024;

WHEREAS, due to a pre-planned vacation of Plaintiff's counsel outside the country when the Opposition is due, Plaintiff needs an additional fourteen (14) days to file her Opposition until July 2, 2024;

WHEREAS, the parties met and conferred and Defendants have no objection to the extension of time so long as Defendants will have ten (10) days from the date the Opposition is filed to file their Reply in support of the Motion;

WHEREFORE, the parties, through their respective counsel of record in this action, stipulate and agree to, and request the Court to enter an order providing, the following:

1. Plaintiff's Opposition to the Motion shall be filed and served on or before July 2, 2024;

2. Defendants' Reply in Support of the Motion shall be filed and served no later than ten (10) days after Plaintiff's Opposition is filed and served.

Dated: June 4, 2024

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

Attorneys for Plaintiff Firdos S. Sheikh, M.D.

1 | Dated: June 4, 2024 | Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Jamil R. Ghannam* (as authorized on June 4, 2024)
JAMIL R. GHANNAM
Deputy Attorney General
*Attorneys for Defendant Rob Bonta and Katie Phelan*

**ORDER**

GOOD CAUSE APPEARING It is hereby ordered that Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall have until July 2, 2024, to file and serve her Opposition and Defendants shall have ten (10) thereafter to file their Reply.

Dated:  June 4, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE