UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual, | Case No. 2:24-CV-00573-DJC-JDP |
| Plaintiff, | **ORDER** |
| v. | |
| KATIE PHELAN, Special Agent for the California Department of Justice Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity; and DOES 1-10, inclusive, | Trial Date: April 27, 2026, at 8:30 a.m. |
| | Courtroom 10 |
| | Hon. Daniel J. Calabretta<br>United States District Judge |
| Defendants. | |

THE COURT has reviewed the parties' stipulation to extend discovery and expert deadlines only. Based upon the parties' representation that they do not intend to change the dispositive motion or trial deadlines, and finding good cause for the parties' request, the Court hereby ORDERS the following deadlines:

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff | August 29, 2025 |
| Initial Expert Reports Deadline | September 26, 2025 |
| Rebuttal Expert Reports Deadline | October 27, 2025 |
| Expert Discovery Cutoff | December 12, 2025 |

| Dates That Will Remain Unchanged | |
|---|---|
| Dispositive Motions Filed | October 24, 2025 |
| Dispositive Motions Hearing | December 18, 2025, at 1:30 p.m. |
| Final Pretrial Conference | February 26, 2026, at 1:30 p.m. |
| Jury Trial | April 27, 2026, at 8:30 a.m. |

**SO ORDERED.**

Dated: April 28, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE