**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual, | Case No. 2:24-CV-00573-DJC-JDP |
| Plaintiff, | **ORDER** |
| v. | |
| KATIE PHELAN, Special Agent for the California Department of Justice Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity; and DOES 1-10, inclusive, | Trial Date: November 30, 2026, at 8:30 a.m. |
| | Courtroom 10 |
| | Hon. Daniel J. Calabretta<br>United States District Judge |
| Defendants. | |

THE COURT has reviewed the parties' stipulation to extend case deadlines. Finding good cause for the parties' request, the Court hereby ORDERS the following deadlines:

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Fact Discovery Cutoff | October 28, 2025 | November 27, 2025 |
| Initial Expert Reports Due | November 25, 2025 | December 26, 2025 |
| Supp Expert Reports Due | December 26, 2025 | January 26, 2026 |
| Expert Discovery Cutoff | February 10, 2026 | March 12, 2026 |
| Dispositive Motions Filing Date | April 17, 2026 | No change |
| Dispositive Motions Hearing | June 11, 2026, at 1:30 p.m. | No change |
| Final Pretrial Conference | September 24, 2026, at 1:30 p.m. | No change |
| Jury Trial | November 30, 2026, at 8:30 a.m. | No change |

**IT IS SO ORDERED.**

Dated: October 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE