Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
(949) 877-7177 | YMA@LawAlm.com

*Attorneys for Plaintiff Firdos S. Sheikh, M.D.*

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
AMIE BEARS
Deputy Attorney General
State Bar No. 242372
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7663
  Fax:  (916) 322-8288
  E-mail:  Amie.Bears@doj.ca.gov
*Attorneys for Defendant Katie Phelan*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATIE PHELAN, Special Agent for the California Department of Justice Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-CV-00573-DJC-JDP<br><br>**STIPULATION TO SET CROSS MOTIONS BRIEFING SCHEDULE FOR SUMMARY ADJUDICATION/JUDGMENT**<br><br>Pretrial Conf.: September 24, 2026, 1:30 p.m.<br><br>Trial: November 30, 2026, at 8:30 a.m.<br><br>Courtroom 7, 14th Floor<br><br>Hon. Daniel J. Calabretta<br>United States District Judge |

i

The parties hereby jointly stipulate and request the following briefing schedule for cross motions for summary adjudication/judgment:

1.      Discovery is complete and the case is ripe for dispositive motions.

2.      On April 7, 2026, the parties attended the settlement conference with the Magistrate Judge where they were hoping to resolve the case, but the case did not settle.

3.      The parties are now diligently preparing their respective summary adjudication/judgment filings. The parties were both planning to file cross motions on the dispositive motions filing deadline, April 17, 2026, because they had inadvertently missed the Court's special requirements on these cross-motions. Plaintiff's counsel realized this on Saturday, April 11, while preparing Plaintiff's motion for summary adjudication, and promptly reached out to Defendant's counsel to prepare this stipulation.

4.      The parties believe that the Court would benefit from the cross motions to narrow the issues for trial. The briefing may also encourage additional settlement talks. The parties have met and conferred extensively on the cross motions.

5.      The current deadline for dispositive motions is April 17, 2026, and the hearing date is June 11, 2026, which is 55 days from the date of filing (i.e., "at least forty-two (42) days from the date of filing") as stated the Court's Standing Order, if Plaintiff were to file her moving papers on April 17, 2026.

6.      However, Defense Counsel is set to be on vacation on June 11 (the current dispositive motions hearing date) and requests it be moved by one week to June 18, 2026, or a day thereafter that is convenient for the Court. Plaintiff does not object but requests that the trial date not change because Plaintiff, her counsel, and the witnesses have scheduled their plans around the current trial date.

7.      The Final Pretrial Conference is set for September 24, 2026, with trial set for November 30, 2026. The requested schedule will not interfere with these dates.

8.      The parties have been prosecuting this case diligently, and this stipulation is filed in the interest of justice and for no improper purpose.

///

///

///

1

9.　Based on the foregoing, the parties jointly request the following schedule consistent with the Court's standing order:

| Event | Deadline |
|---|---|
| Plaintiff's Opening Brief (25 pages) | April 17, 2026 (current dispositive motions deadline) |
| Defendant's Opposition and Cross Motion (35 pages) | May 1, 2026 (14 days after Plaintiff's Motion) |
| Plaintiff's Reply and Opposition (20 pages) | May 15, 2026 (14 days after Defendant's Cross Motion) |
| Defendant's Reply (10 pages) | May 25, 2026 (10 days after Plaintiff's Opposition) |
| Dispositive Motions Hearing | Current: June 11, 2026, at 1:30 p.m.<br><br>Requested: June 18, 2026, at 1:30 p.m. |

Dated: April 12, 2026

Respectfully submitted,

ALMADANI LAW

/s/ Yasin M. Almadani
Yasin M. Almadani, Esq.
*Attorneys for Plaintiff Firdos S. Sheikh, M.D.*

Dated: April 12, 2026

/s/ Amie Bears
ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

AMIE BEARS
Deputy Attorney General
*Attorneys for Defendant Katie Phelan*

2

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 12, 2026                    ALMADANI LAW


                                         _/s/ Yasin M. Almadani_
                                         Yasin M. Almadani, Esq.
                                         *Attorney for Plaintiff Firdos S. Sheikh, M.D.*

3

*Stipulation to Set Cross Motions Briefing Schedule*                    *2:24-CV-00573-DJC-JDP*