# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FIRDOS S. SHEIKH, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>KATIE PHELAN, Special Agent for the California Department of Justice Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-00573-DJC-JDP<br><br>**ORDER**<br><br>Pretrial Conf.: September 24, 2026, 1:30 p.m.<br><br>Trial: November 30, 2026, at 8:30 a.m.<br><br>Courtroom 7, 14th Floor<br><br>Hon. Daniel J. Calabretta<br>United States District Judge |

i

THE COURT has reviewed the parties' stipulation to set a cross motions briefing schedule. Finding good cause for the parties' request, the Court hereby ORDERS the following deadlines:

| Event | Deadline |
| --- | --- |
| Plaintiff's Opening Brief (25 pages) | April 17, 2026 (current dispositive motions deadline) |
| Defendant's Opposition and Cross Motion (35 pages) | May 1, 2026 (14 days after Plaintiff's Motion) |
| Plaintiff's Reply and Opposition (20 pages) | May 15, 2026 (14 days after Defendant's Cross-Motion) |
| Defendant's Reply (10 pages) | May 25, 2026 (10 days after Plaintiff's Opposition) |
| Dispositive Motions Hearing | June 25, 2026, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated:  April 13, 2026                              /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1