**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

FIRDOS S. SHEIKH, M.D., an individual,

Plaintiff,

v.

KATIE PHELAN, Special Agent for the California Department of Justice Bureau of Medi-Cal Fraud and Elder Abuse, in her individual capacity; and DOES 1-10, inclusive,

Defendants.

Case No. 2:24-CV-00573-DJC-JDP

**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL THE EXPERT REPORT OF DR. HOWARD FRIEDMAN [EXHIBIT 274] AS A SUPPORTING EXHIBIT TO PLAINTIFF'S MOTIONS IN LIMINE AND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE**

Pretrial Conf.: November 19, 2026, 1:30 p.m.

Trial: November 30, 2026, at 8:30 a.m.

Courtroom 7, 14th Floor

Hon. Daniel J. Calabretta
United States District Judge

**THIS MATTER CAME BEFORE THE COURT** on Plaintiff's Request to File Under Seal the Expert Report of Dr. Howard Friedman [Exhibit 274] as a Supporting Exhibit to Plaintiff's Motions in Limine, and Plaintiff's Opposition To Defendant's Motions In Limine. Finding that there is good cause in support of said Request, the Court GRANTS Plaintiffs' request and HEREBY ORDERS that the following documents shall be filed under seal:

1. The expert report of Dr. Howard Friedman referred to as Exhibit 274 in Plaintiff's Motions in Limine and Plaintiff's Opposition to Defendant's Motions in Limine.

All parties shall abide by the provisions in the Protective Order.

**IT IS SO ORDERED.**

Dated: November 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE